IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HAROLD FERGUSON**                                                                  **PLAINTIFF**

V.                    **CASE NO. 3:18-CV-242-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

**ORDER**

Plaintiff Harold Ferguson has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #20) He seeks fees and expenses in the amount of $4,881.07 (*Id.*) The Commissioner does not contest the attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. (#22)

Because there is no objection to granting attorney's fees and expenses, Mr. Ferguson's motion (#20) is GRANTED, and the Commissioner is directed to pay the total sum of $4,881.07 in fees and expenses, subject to offset if he has outstanding government debt.

IT IS SO ORDERED, this 20th day of February, 2020.

                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE